RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRIAN PUGH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brian_Pugh@fd.org

Attorney for Morris Collins

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MORRIS COLLINS,<br><br>Defendant. | Case No. 2:17-cr-00354-APG-EJY<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Christopher Lin, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brian Pugh, Assistant Federal Public Defender, counsel for Morris Collins, that the Sentencing and disposition Hearing currently scheduled on June 2, 2021, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. The defense is preparing a mitigation video and needs additional time to investigate, video witnesses, and prepare the video.

2. Defense counsel's and defendant's schedules have made it difficult to arrange a mutually convenient time for a presentence investigation interview with Probation and consequently, Probation needs additional time to prepare its presentence investigation report.

3. The defendant is not in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the Sentencing and Disposition hearing.

DATED this 13th day of April 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By /s/ *Brian Pugh*<br>BRIAN PUGH<br>Assistant Federal Public Defender | By /s/ *Christopher Lin*<br>CHRISTOPHER LIN<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00354-APG-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| MORRIS COLLINS, | |
| Defendant. | |

Based upon the stipulation of the parties and good cause appearing therein, IT IS ORDERED that the Sentencing hearing currently scheduled for Wednesday, June 2, 2021 at 9:30 a.m., be vacated and continued to August 19, 2021 at the hour of 9:30 a.m. in LV Courtroom 6C.

DATED this 14th day of April 2021.

_____
UNITED STATES DISTRICT JUDGE

3