**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MORRIS COLLINS,<br><br>　　　　Defendant. | Case No. 2:17-cr-00354-APG-EJY<br><br>**ORDER** |

　　　Based upon the stipulation of the parties and good cause appearing therein, IT IS ORDERED that the Sentencing hearing currently scheduled for August 19, 2021 at 9:30 a.m., be vacated and continued to <u>October 6, 2021</u>, at the hour of <u>10:00 a</u>.m. Courtroom 6C.

　　　DATED this <u>13th</u> day of August 2021.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3